**No. 41510.**—Protest 846428–G of J. S. Staedtler, Inc. (New York).

Opinion by McClelland, P. J. It was stipulated that the merchandise consists of pencils marked with names other than the manufacturers' or the manufacturers' trade name or trade-mark, similar to those passed upon in *United States* v. *Favor* (24 C. C. P. A. 399, T. D. 48854). The claim at 50 cents per gross and 25 percent ad valorem under paragraph 1549 (a) was therefore sustained.